
FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: 21 MJ 2666
  Plaintiff,              )
                           )  ORDER [OF DETENTION]
  vs.                      )  AFTER HEARING HELD PURSUANT
                           )  TO 18 U.S.C. § 3148 (B)
Graciela Rocha,            )
  Defendant.               )  (Alleged Violation of Conditions of
                           )  Pretrial Release)

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Butcher__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

 (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

 (B)  (✓)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: __not use illegal substances + report for drug testing__

|   |     |     | and |
|---|-----|-----|-----|
| (2) | | | |
| | (A) | (✓) | that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or |
| | (B) | (✓) | that the defendant is unlikely to abide by any condition or combination of conditions of release. |

and/or, in the event of (1) (A)

(3) ( ) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4) ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓) IT IS ORDERED that the defendant be detained prior to trial.

DATED: June 1, 2021

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2